**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHRISTINE MOYES,

    Plaintiff,

vs.                                                   4:09-CV-334-SPM/WCS

KEISER SCHOOL INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion for Clarification (doc. 118), of the Court's Order (doc. 88) denying summary judgment. Defendant seeks clarification with respect to Plaintiff's hostile work environment claims under Counts I and II of the amended complaint (doc. 13). In her response to the Motion (doc. 120), Plaintiff explains that she does not intend to proceed with a separate hostile work environment claim, and concedes that any such claim can be dismissed. Accordingly, it is hereby **ORDERED AND ADJUDGED** that any separate hostile work environment claims set forth under Counts I and II of the amended complaint are *dismissed*.

**DONE AND ORDERED** this tenth day of May, 2011.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      Chief United States District Judge